1
2
3
4
5
6
7                    **IN THE UNITED STATES DISTRICT COURT FOR THE**
8                          **EASTERN DISTRICT OF CALIFORNIA**
9

10   UNITED STATES OF AMERICA,          )      NO. 1:09-CR-00350 AWI
                                        )
11                   Plaintiff,         )      ORDER TO CONTINUE
                                        )      SENTENCING HEARING
12          v.                          )
                                        )      [Document # *88*]
13   LUZ VILLALVAZO,                    )
                                        )
14                   Defendant.         )
     _____   )
15

16
         Pursuant to the stipulation filed by the parties on June 10, 2010, the sentencing hearing in
17
     this matter currently set for June 14, 2010 at 9:00 a.m., is hereby continued to July 19, 2010 at
18
     9:00 a.m.
19

20
     IT IS SO ORDERED.
21
     **Dated:    June 12, 2010**                     **/s/ Anthony W. Ishii**
22                                            CHIEF UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28